ACCEPTED
03-14-00820-CV
5443912
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 1:08:39 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00820-CV

## IN THE THIRD COURT OF APPEALS OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 1:08:39 AM
JEFFREY D. KYLE
Clerk

### EUE J. JEONG,

*Appellant*,

v.

### TEXAS GREENOVATION, LLC,

*Appellee*.

ON APPEAL FROM THE COUNTY COURT AT LAW, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. C-1-CV-14-008244

## APPELLEE'S RESPONSE TO MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

Dr. J. Hyde
Texas Bar No. 24027083
**THE J. HYDE LAW OFFICE, PLLC**
111 E. 17th Street #12015
Austin, TX 78711
Telephone: (512) 200-4080
Fax: (512) 582-8295
E-mail: jhyde@jhydelaw.com

*Counsel for Appellee*

No. 03-14-00820-CV

_____

IN THE THIRD COURT OF APPEALS OF TEXAS

_____

EUE J. JEONG,

*Appellant*,

v.

TEXAS GREENOVATION, LLC,

*Appellee*.

_____

ON APPEAL FROM THE COUNTY COURT AT LAW, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. C-1-CV-14-008244

_____

APPELLEE'S RESPONSE TO MOTION TO EXTEND TIME FOR FILING
APPELLANT'S BRIEF

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Texas Greenovation, LLC, by and through undersigned counsel, respectfully responds in opposition to Appellant Eue J. Jeong's Motion to Extend Time to File Appellant's Brief, and in support thereof states as follows:

1. This straightforward case involves the appeal of a final judgment in a forcible detainer action granting Texas Greenovation immediate possession of real

property following Texas Greenovation's purchase of the property at a foreclosure sale.[1]

2.    After Appellant Jeong failed to make arrangements for a reporter's record to be prepared and filed despite a notice from the Court, the Court set a deadline of 30 April 2015 for Jeong to file his brief. Ignoring that deadline, Jeong waited until the Court sent him a notice of late brief to file the underlying motion for extension on 20 May 2015.

3.    Without explaining the delay to date, Jeong now seeks an additional 110 days to file his brief, vaguely asserting that he will be traveling due to family matters. He notably gives no further details.

4.    Jeong also contends that the issues in the appeal are "complex" and references another pending case involving JPMorgan Chase Bank. To the contrary, the issues are simple and well settled. Jeong, the former owner of foreclosed property, has brought suit challenging the foreclosure and is attempting to use the issues raised in that suit to challenge the underlying eviction. (*See* CR 68-77). But the foreclosure challenges in the title suit are irrelevant to and have no effect on Texas Greenovation's right to possession of the property, which is the only issue in

---

[1] There are two separate appeals from the same underlying judgment docketed in this Court: the underlying appeal, docketed as Cause No. 03-14-00820-CV, and another appeal docketed as Cause No. 03-14-00715-CV. The clerk's records in the two appeals are also identical. It appears that the reason for the two appeals in this Court is that Jeong filed two notices of appeal of the same judgment in the trial court, although only one of those notices is in the clerk's record. (CR 132).

this forcible detainer action. *E.g.*, *Wilder v. Citicorp Trust Bank, F.S.B.*, No. 03-13-00324-CV, 2014 WL 1207979 (Tex. App.—Austin Mar. 18, 2014, pet. dism'd w.o.j.) (mem. op.) (noting that this Court "has consistently held that defects in the foreclosure process cannot be used either to negate a landlord-tenant relationship provision in a deed of trust or to raise a question of title depriving the justice or county courts of jurisdiction to resolve the question of immediate possession").

5.      Finally, Jeong's assertion in his motion for extension that undersigned counsel does not oppose the motion is false.   Jeong texted the undersigned regarding the relief requested in the motion, and the undersigned texted Jeong that he opposed the motion.

6.      Jeong's request for any extension of time, but particularly the lengthy 110-day extension he seeks, is unsupported.  To date, Jeong has shown no interest in complying with deadlines and should not be rewarded with additional time. Jeong's request is also futile because his appeal is frivolous under well-settled law in this area.  Finally, Jeong misrepresented the unopposed nature of the motion.

WHEREFORE, Texas Greenovation respectfully requests that the Court DENY Appellant's Motion to Extend Time for Filing Appellant's Brief.

Respectfully Submitted,

/s/ J. Hyde
_____

Dr. J. Hyde
State Bar No. 24027083
**THE J. HYDE LAW OFFICE, PLLC**
111 E. 17th Street #12015
Austin, Texas 78711
Phone: (512) 200-4080
Fax: (512) 582-8295
E-mail: jhyde@jhydelaw.com

*Attorney for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Texas Rule of Appellate Procedure 9.5, a copy of Appellee's Response to Motion to Extend Time for Filing Appellant's Brief was served on this 28th day of May, 2015, via email, upon the following:

Eue J. Jeong
2900 Sunridge Dr. #713
Austin, TX 78741
Email: Ejeong1@gmail.com

/s/ J. Hyde
_____

Dr. J. Hyde

# EXHIBIT 1
**Text Messages Between Eue Jeong and J. Hyde**

+15127916380 Add - Austin, TX

✉ 5/27/15 6:02 PM 6 hours ago

**+15127916380:** Dear Dr. Hyde, This is Eugene (Eue Jin)Jeong in the court case with Greenovation. I'm filing an extension for the appeal case due to the court case with JP Morgan Chase is still in the process of discovery. I can not make adequate argument without some results from the JP Morgan suit. I respectfully request your agreement with my filing of the extension. . Thank you.. Sincerely, Eue J Jeong 11:01 PM

**Me:** Mr. Jeong - My client will not agree to an extension. Thank you. 8:50 AM